UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CR221-0012

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. _____ |
| | ) |
| v. | ) 18 U.S.C. § 875(c) |
| | ) Interstate Communications of |
| TYRECE CUNNINGHAM | ) Threats |
| | ) |
| | ) Forfeiture Allegation |

U. S. DISTRICT COURT
Southern District of Ga.
Filed In Office
4:15 P M
2-3       2021
Deputy Clerk

THE GRAND JURY CHARGES THAT:

## COUNT ONE
*Interstate Communications of Threats*
18 U.S.C. § 875(c)

On or about September 29, 2020, in Glynn County within the Southern District of Georgia, and elsewhere, the defendant **TYRECE CUNNINGHAM**, knowingly and willfully did transmit in interstate commerce from Brunswick, Georgia to San Diego, California, a communication, that is, a Facebook Post, on the official Facebook page of Santana High School, and the communication contained a threat to injure police officers, specifically, the post read, "I'm going to shoot a police officer car tomorrow on Hoover Disciple Week."

All done in violation of Title 18, United States Code, Section 875(c).

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Section 875 set forth in Count One of this Indictment, the defendant **TYRECE CUNNINGHAM**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.   If any of the property described above, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

A True Bill.

Bobby L. Christine
United States Attorney

Tania D. Groover
Assistant United States Attorney
*Lead Counsel

Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division