# In the United States District Court for the Southern District of Georgia
## Brunswick Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | 2:21-cr-12 |
| v. | |
| TYRECE CUNNINGHAM, | |
| Defendant. | |

### ORDER

After conducting an independent and de novo review of the entire record in this matter, the Court concurs with and adopts the Magistrate Judge's Report and Recommendation, dkt. no. 138. The parties have stipulated to the latest psychiatric report prepared by Dr. Sarah L. Burton, Ph.D., Forensic Unit Psychologist, dkt. 134, and neither Defendant Tyrece Cunningham nor the Government object to the Magistrate Judge's Report and Recommendation that Defendant Tyrece Cunningham be found competent to proceed in this case. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED, this __16__ day of January, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA